IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. 2:22CR20007-001 |
| v. | ) |
| | ) 18 U.S.C. § 641 |
| | ) 42 U.S.C. § 408(a)(4) |
| EDDIE RAY BELTRAMI | ) 18 U.S.C. § 1001 |

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

APR 20 2022

JAMIE GIANI, Clerk
By
Deputy Clerk

**INDICTMENT**

The Grand Jury Charges:

**COUNT ONE**
(Theft of Government Funds)

Beginning in or around March of 2018 and continuing until in or around December 2020, in the Western District of Arkansas, Fort Smith Division, the defendant, EDDIE RAY BELTRAMI, did knowingly steal, embezzle, purloin and convert to his own use money of the Social Security Administration, a department or agency of the United States, namely, Social Security Disability Insurance Benefits payments to him in an aggregate value of more than $1,000.00 that he knew he was not entitled to receive.

All in violation of Title 18, United States Code, Section 641.

**COUNT TWO**
(Concealment of a Material Fact)

Beginning in or around March of 2018 and continuing until in or around December of 2020, in the Western District of Arkansas, Fort Smith Division, the defendant, EDDIE RAY BELTRAMI, having knowledge of the occurrence of an event affecting the continued right to receive Social Security Disability Insurance Benefits payments, concealed and failed to disclose such event with the intent to fraudulently secure Social Security Disability Insurance Benefits

payments when no payment was authorized. Specifically, EDDIE RAY BELTRAMI intentionally concealed from the Social Security Administration that his medical condition had improved so that he was able to work in order to continue to receive and spend Disability Insurance Benefits payments, and by intentionally concealing his improved medical condition, EDDIE RAY BELTRAMI stole approximately $28,939.00 in Social Security Administration Disability Insurance Benefits payments to which he was not entitled.

All in violation of Title 42, United States Code, Section 408(a)(4).

## COUNT THREE
(False Statement)

On or about June 21, 2020, in the Western District of Arkansas, Fort Smith Division, the Defendant, EDDIE RAY BELTRAMI, did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, namely, the Social Security Administration, by falsely stating to the Social Security Administration in a Continuing Disability Review Report that he had not been working since his last medical disability decision.

All in violation of Title 18, United States Code, Section 1001.

A True Bill.

/s/ Grand Jury Foreperson
Foreperson

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By: *Tyler Williams*
Tyler Williams
Assistant U. S. Attorney
Arkansas Bar No. 2013171
414 Parker Avenue
Fort Smith, AR 72901
479-443-4053
E-mail tyler.williams@usdoj.gov

2